IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIA NADOLINSKII, Individually, and as Personal Representative of the Estate of Viacheslav Nadolinskii, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>MACE QUINT LLC, MACE ALLEN QUINT, CHIEFTAIN VAN LINES, INC., THOMAS WELDON BROOKS,  COWETT FARMS LTD., JEFFREY KOESTER, and MONHEISER AG LLC,<br><br>Defendants. | **4:26CV3122**<br><br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the Notice and Stipulation of Dismissal filed by Plaintiff Julia Nadolinskii seeking dismissal of Defendant Cowett Farms Ltd. (Filing No. 32.) Cowett Farms Ltd. has not filed an Answer or Motion for Summary Judgment in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Defendant Cowett Farms Ltd. are dismissed without prejudice. The case will continue as to the other Defendants.

Dated this 2nd day of July, 2026.

BY THE COURT:

Susan M Bazis

Susan M. Bazis
United States District Judge